IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIKA CEDANO,                           No C-09-4282 VRW (PR)

        Petitioner,

    v                                   ORDER DISMISSING PETITION FOR
                                                       WRIT OF HABEAS CORPUS
PAUL COPENHAVER, Warden, et al,

        Respondent(s).         (Doc #3)

    This habeas corpus action by pro se prisoner Erika Cedano was filed on September 15, 2009. Doc #1. The court notified petitioner in writing at that time that the action was deficient because she did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in her prison account and a copy of her prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc #4.

//

1 | Over forty days have elapsed since petitioner was notified
2 | of her filing deficiency; however, she has not provided the court
3 | with the requisite items, or sought an extension of time to do so.
4 | The action, therefore, is DISMISSED without prejudice.
5 | The clerk shall terminate all pending motions as moot and
6 | close the file.

8 | IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

G:\PRO-SE\VRW\HC.09\Cedano-09-4282-dismiss-ifp deficiency.wpd

**2**